

THOMAS J. CATLIOTA
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | | |
|---|---|---|
| *In re*: | * | |
| | * | **BANRKUPTCY NO. 12-18460** |
| **MANSOOR AHMAD** | * | |
| **TAHIRA AHMAD** | * | |
| | * | |
| Debtors | * | **CHAPTER 13** |

| | |
|---|---|
| **MANSOOR AHMAD** | * |
| **TAHIRA AHMAD** | * |
| | * |
| Movants | * |
| | * |
| v. | * |
| | * |
| **MCT FEDERAL CREDIT UNION** | * |
| | * |
| Respondent | * |

**ORDER GRANTING MOTION TO AVOID LIEN
ON DEBTORS' PRINCIPAL RESIDENCE**

Having considered debtor's Motion to Avoid Lien, and any response filed thereto, and it appearing that proper notice has been given, pursuant to 11 U.S.C. § 506 and for the reasons set forth in the case of *Johnson vs. Asset Management Group, LLC*, 226 B.R. 364 (D. Md. 1998), it is by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the claim of Respondent be and is hereby deemed wholly unsecured.

**ORDERED**, that at such time as a discharge Order is entered pursuant to 11 U.S.C. § 1328(a) in this case, the lien held in favor of Respondent on debtor's real property described as:

Lot numbered Twelve (12) in Block lettered "G" in the subdivision known as "PLAT 10, THE PLANTATIONS," as per plat thereof recoded in Plat Book 113 at Plat 13271, among the Land Records of Montgomery County, Maryland.

shall be void; and it is further

**ORDERED** that the claim of Respondent herein shall be allowed as a general unsecured claim under the Debtor's plan.

cc:

Robinson S. Rowe
5906 Hubbard Dr.
Rockville, MD 20852

MCT Federal Credit Union
c/o Thom Beck
15901 Frederick Rd.
Rockville, MD 20855

MCT Federal Credit Union
c/o Jessie D
15901 Frederick Rd.
Rockville, MD 20855

**END OF ORDER**